UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.7:12-CR-60-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER VANN | ORDER |

On October 25, 2012, United States Magistrate Judge James E. Gates ordered an evaluation of Defendant CHRISTOPHER VANN, pursuant to 18 U.S.C. § 4241(a), in order to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* DE-14.

Defendant CHRISTOPHER VANN having been committed to the custody of FMC-Butner since that time in order to allow for above-referenced evaluation, this matter came before the undersigned on May 1, 2013 for a competency hearing pursuant to 18 U.S.C. § 4241(c), at which Defendant with counsel and counsel for the Government appeared.

Based on the information received from both parties by the Court at the May 1, 2013 hearing, as well as the information contained in the Psychiatric Report [DE-24] prepared at FMC-Butner and received by the Court on April 11, 2013, Defendant CHRISTOPHER VANN is hereby found, based on a preponderance of the evidence and pursuant to the provisions of 18 U.S.C. § 4241, to be mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense

Further, at the May 1, 2013 hearing, the parties represented to the Court that FMC-Butner psychiatrist Dr. Robert Lucking, who was also present at the hearing, had indicated to them that a period of no more than sixty (60) days would be required in order for BOP to conduct the required restorability evaluation under 18 U.S.C. § 4241(d)(1).

WHEREFORE, at this time, pursuant to 18 U.S.C. § 4241(d)(1), Defendant CHRISTOPHER VANN is hereby recommitted to FMC-Butner for a period not to exceed sixty (60) days. The next hearing regarding Defendant CHRISTOPHER VANN's mental status shall be set for this Court's July 2013 term.

IT IS SO ORDERED.

5-8-13

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE