UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 9/13/2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

No. 7:12-cr-00060-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER OF CONDITIONAL RELEASE |
| ) | |
| CHRISTOPHER VANN ) | |

By order dated, August 26, 2013, defendant was committed to the custody of the Attorney General pursuant to Title 18, United States Code, Section 4246(d) to determine if he posed a substantial risk of harm to himself, another person or serious damage to property of another. The Warden of the Federal Medical Center in Butner, North Carolina ("FMC Butner") has now certified to the court pursuant to 18 U.S.C. § 4246(e), that defendant would not create a substantial risk of bodily injury to himself, another person or serious damage to the property of another. Therefore, it is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4246(e), that defendant be conditionally released under the following specific condition or regimen of care:

1. Defendant shall be and remain under the supervision of the United States Probation Office for the Eastern District of North Carolina, and shall comply with all the standard conditions of



supervision, any other conditions adopted by the U.S. Probation Office, and the specific conditions set forth herein.

2. Defendant shall reside at _residence_, located at ███████████. Brenda Jarden is the contact person and telephone number is ███████████ Any change in residence must be preapproved by defendant's supervising U.S. Probation Officer.

3. Defendant shall maintain active participation in a regimen of mental health care as directed by the U.S. Probation Officer.

4. Defendant shall submit to a search of his person, house, residence, vehicle, papers, computers, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

5. Defendant shall continue to take such medication as shall be prescribed for him by his treatment providers. The treatment providers shall notify the U.S. Probation Officer or any changes in the administration of psychiatric medication.

6. Defendant shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information by the U.S. Probation Officer.

7. Defendant shall abstain from the use of alcohol or illegal drugs. At the direction of the U.S. Probation Officer or treatment providers, defendant shall submit to testing for use of drugs and alcohol. As directed by his treatment providers or the U.S. Probation Officer, he shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient or outpatient treatment. Defendant shall not frequent places where alcohol or illegal drugs are known to be possessed, manufactured or distributed. If defendant tests positive for alcohol or illegal drug use, he may be taken into custody and returned to court for further action.

8. Defendant shall not possess actual or imitation firearms, destructive devices or other deadly weapons, or weapon paraphernalia, and shall live in a residence that is free from the same. At the request of the U.S. Probation Officer or any law enforcement officer, defendant shall submit to a warrantless search of his person or property, including his vehicle or premises, for the purpose of determining compliance with this condition. Defendant shall permit confiscation of any such contraband.

9. Defendant shall not travel outside of the Federal judicial district to which he is released without prior approval of the U.S. Probation Officer. He shall not stay away from his residence over night without prior approval from the U.S. Probation Officer. Defendant shall not obtain a driver's license or permit, or operate, purchase or possess a motor vehicle without the written permission of the U.S. Probation Officer.

10. Defendant shall not incur new credit charges or open additional lines of credit without the approval of the U.S. Probation Officer. He shall provide the U.S. Probation Officer with access to any requested financial information.

11. Defendant shall not commit a federal, state or local crime. He shall notify the U.S. Probation Officer if he is arrested or questioned by any law enforcement officer, within 24 hours of such contact. He shall not associate with any person engaged in criminal activity or with any person convicted of a felony, unless granted permission to do so by the U.S. Probation Officer.

Defendant's failure to adhere to any of the conditions of his release may result in his return to custody to be brought before this Court for review of his suitability for conditional release.

It shall be the duty and responsibility of the treatment provider to promptly notify the U.S. Probation Officer of any changes in the prescribed regimen of medical or psychiatric care, including any failure by defendant to comply with medication or cooperate with the other requirements for the conditions listed above.

The treatment provider or U.S. Probation Officer may at any time recommend modification or elimination of the regimen or medical, psychiatric or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to property of another. If a request to modify or terminate the conditions of release is made, the party so requesting shall submit a motion to this Court, with adequate documentation supporting the request, and provide copies to the U.S. Probation Officer, the Office of the United States Attorney, defendant's counsel and the Warden of FMC Butner.

The Clerk is DIRECTED to continue to exclude the period of delay in computing the time within the Defendant's trial must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A), 4.

The U.S. Probation Officer shall file annual reports with the Court, and provide copies to the United States Attorney, Defendant's counsel and the Warden of FMC Butner.

Upon receipt and verification of this Order of Conditional Release and prior to the actual date and time of release, the Bureau of Prisons shall notify the appropriate persons to schedule an arrival date, finalize the release paperwork, make transportation arrangements, and contact the assigned U.S. Probation Officer. The U.S. Probation Officer shall notify the Court of the actual release date from FMC Butner. The Bureau of Prisons shall release Defendant after all arrangements are satisfactory and complete.

So ORDERED and SIGNED, this 13 day of September, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE