UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-cr-00060-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR DISMISSAL |
| ) | |
| CHRISTOPHER VANN ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Indictment in the above-referenced matter is DISMISSED and the motion GRANTED.

This the _11_ day of _February_, 2015.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE